# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA TEREZA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ARGENT MORTGAGE COMPANY, LLC, (a Delaware limited liability company); CR TITLE SERVICES, INC. (a Delaware corporation); TOWN AND COUNTRY TITLE SERVICES, INC. (a California corporation); DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee, in trust for the registered holders of AMERIQUEST MORTGAGE SECURITIES, INC. (a Delaware corporation); CITI RESIDENTIAL LENDING, INC. (a Delaware corporation); and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  SACV09-364 DOC (AGRx)<br><br>JUDGMENT |

BN 3539453v1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

JUDGMENT

Pursuant to the Court's Order of April 28, 2009 granting defendants Argent Mortgage Company, LLC; CR Title Services, Inc.; Town And Country Title Services, Inc.; Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Ameriquest Mortgage Securities, Inc.; and Citi Residential Lending, Inc.'s ("Defendants") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Martha Tereza's complaint is **DISMISSED WITHOUT PREJUDICE**.  The Court orders that such judgment be entered.

IT IS SO ORDERED.

DATED:  May 21, 2009

*/s/ David O. Carter*
THE HONORABLE DAVID O. CARTER,
JUDGE, UNITED STATES DISTRICT COURT

Respectfully submitted by,

BUCHALTER NEMER
A Professional Corporation
    Joanne N. Davies (SBN:  204100)
    *jdavies@buchalter.com*
    David M. Liu (SBN:  216311)
    *dliu@buchalter.com*
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 224-6478

Attorneys for Defendants
Argent Mortgage Company, LLC;
CR Title Services, Inc.;
Town And Country Title Services, Inc.;
Deutsche Bank National Trust Company, as Trustee,
in trust for the registered holders of Ameriquest
Mortgage Securities, Inc.; and
Citi Residential Lending, Inc.